David G. Geraghty, Appellee, v. National Fire Proofing Company, Appellant.

## Gen. No. 14,954.

This case is controlled by the decision in Geraghty v. William Grace Company, *post*, p. 309.

Action in case for personal injuries. Appeal from the Superior Court of Cook county; the Hon. MARCUS KAVANAGH, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1908. Reversed and remanded. Opinion filed October 21, 1910.

FRANK M. COX and R. J. FELLINGHAM, for appellant.

KICKHAM SCANLAN and LEROY RICHARDS, for appellee.

MR. JUSTICE SMITH delivered the opinion of the court.

This appeal is from the same judgment appealed from in Geraghty v. William Grace Company, *post*, p. 309, and this case was by order of court consolidated for hearing with that case. The judgment is a joint judgment against both defendants. The judgment against the William Grace Company having been reversed, it follows that for that reason the judgment in this cause must be reversed and the cause remanded.

*Reversed and remanded.*